☐ AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:    **Ronald A. Saulsbury**    Case No.

Debtors:    Chapter 13

# CHAPTER 13 PLAN

ADDRESS:    (1) 536 Clarice Drive    (2) _____
Memphis, TN 38109

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ 418.00    ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: United Church Homes    OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $ _____    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION    OR (  ) DIRECT PAY
From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES    ☐ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

None    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

Internal Revenue Service    Amount 4,100.00    $ 69.00

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

None    ongoing payment begins _____    $ _____
Approximate arrearage: _____ Interest _____    $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Royal Funiture | 2,167.00 | 0.00 | $37.00 |
| City Treasury Office (Property Taxes) | 6,563.20 | 18.00 | $167.00 |
| Shelby County Trustee (Property Taxes) | 1,157.10 | 18.00 | $30.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]          Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Bridgecrest formerly Drivetime**         8,129.00                7.25                $**162.00**
**FCI Lender Services**                    47,200.00               0.00                $**250.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                         Amount:          Rate of Interest        Monthly Plan Payment:
**-NONE-**                                                        $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**                  ☐ Not provided for    **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $9,224.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐        _____ %, OR,
☑        **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Progressive Leasing: Portable fire place**                    ☑ Assumes  **OR**  ☐ Rejects.
**Debtor to resume payments April 1, 2019**

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ Michael J. Baloga**                                   Date **March 25, 2019**       .
**Michael J. Baloga**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**